1983 Form

# In the United States District Court
# For the Northern District of Alabama

Thaddeus Aaron Beg El

278099

_____

_____

(Enter above the full name(s) of the
plaintiff(s) in this action)

CV-16-CO-1961-W

v

Col Ramsey; COI Sewell; Capt.
Hutton of Bibb Correctional (et.al);
Corizan Medical @ Bibb V. Odom,
(CRNO) (et.al) Officer Elliot

(Enter above full name(s) of the
defendant(s) in this action)

I.  Previous lawsuits

   A.  Have you begun other lawsuits in state or federal court(s) dealing with the same facts involved in this action or otherwise relating to your imprisonment?    Yes ( )    No (✓)

   B.  If your answer to A. is "yes", describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuit(s) on another piece of paper, using the same outline.)

      1.  Parties to this previous lawsuit

         Plaintiff(s): _____

         Defendant(s) _____

      2.  Court (if Federal Court, name the district; if State Court, name the county)

         _____

      3.  Docket Number _____

      4.  Name of judge to whom case was assigned _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?

_____

_____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. Place of present confinement _Bibb Correctional Facility_

   A. Is there a prisoner grievance procedure in this institution?
   Yes ( )   No (✓)

   B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
   Yes ( )   No (✓)

   C. If your answer is YES:

   1. What steps did you take? _____N/A_____

   2. What was the result? _____

   D. If your answer is NO, explain why not? _Commissioners) Kim Thomas (ex)· Jefferson Dunn fail to comply with mandate from Alabama Legislature to Adopt an inmate grievance procedure and publish it prisoner. 14-15-4(a) Ala. Code 1975._

III. Parties

In item A below, place your name(s) in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

   A. Name of plaintiff(s) _Thaddeus Aaron Bey El_

   Address _565 Bibb Lane - Brent, Alabama 35034_

In Item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use Item C for the names, positions, and places of employment of any additional defendants.

B. Defendant _COI Ramsey_

   is employed as _Correctional officers_

   at _Bibh Correctional_

C. Additional Defendants _COI Sewell; Capt Hutton; Commissioner Jefferson Dunn; V. Odom (CRNA) (et.al)_

IV. Statement of Claim

State here, as briefly as possible, the FACTS of your case. Describe how each defendant is involved. Include, also, the names of other persons involved, dates and places. *Do not give any legal arguments or cite any cases or statutes.* If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets, if necessary.

"See Attached page"

V. RELIEF

State briefly ~~exactly~~ what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I want $1,000,000 dollars compensatory and $1,000,000 dollars punitive for the gross violations of my constitutional Rights secured by the United States Constitution for the Republic of America.

"I declare under penalty of perjury that the foregoing is true and correct.

Executed on  12-02-2016
  (date)

Thaddeus C. Aaron El
Signature(s)

/Thaddeus Aaron El @ Bibb County/

## FACTS OF CLAIM

Located in C-Dorm Bay-1 on or about Sept. 17, 2015 Aaron El along with other captives requested of officer Pledge and officer Elliot to allow him to attend yard call. COI Elliot answered the request in an beliserent tone in which inflamed the passions of inmates ruled by their emotional Apparatus. Aaron El in an intelligent tone requested of COI Elliot to speak to his supervisor. COI Elliot begrudgingly demanded Aaron El to give him his state issue identification card with vile threat he was going to write Aaron El a retaliatory disciplinary for asking to speak to his supervisor. Officer Pledge contacted their immediate Supervisor Sgt. Seally. Upon the arrival of Sgt. Seally he was made abreast what occured as stated above in which he decided that C-Dorm would be going out for yard call and Aaron El identification was returned to him.

The passing of 3 to 4 hours approximately Sgt. McCall entered C-Dorm and she demanded Aaron El to pack his belonging. She taunted him declaring she was sending him to lock-up to teach him not to back talk her officers and how officer Elliot was a good officers. . . . . As the plaintiff lead by Sgt. McCall walked towards the shift Sgt. Seally appeared and endeavored to abreast Sgt. McCall that he had resolved the situation and lock-up on Aaron El behalf was not necessary. Aaron El however was thrown in the lions Dens B-Dorm Hot Dorm that is known as a location where extreme violence errupt daily.

The passing of approximately twenty days from date Aaron El was placed in B-Dorm hot Dorm; he would find himself being threaten and extorted by savage inmates. Aaron El told both officers Sewell and Ramsey during breakfast call that inmates Lee; Jones; Hood and inmate known Jay and Little one had just threaten to kill him if he didn't give them his breakfast tray. COI Ramsey and COI Sewell laughed at Aaron El and brush him away. Aaron El would not go away so easily. Aaron El asked COI Sewell why did he find it funny that he could lose his life over a breakfast tray. COI Ramsey interjected in a loud voice "Man up punk" go get your tray and go back in the Dorm. Aaron El complied reluctantly. After breakfast was over Aaron El sat on his assign bunk afraid for his life.

PAGE (1)

/Thaddeus Aaron El @ Bibb County/

As expected captives Lee, Jones, Hood and Jay and Little one attacked him for about 8 to 10 minutes stomping him, striking him in the face, head, neck, body. Aaron El in a desparate attempt to save his life managed to get up off the floor in cruciating pain and make a run for the front door entrance of B4. The inmates that assaulted him ran after him and beat him right in front of the door. COI Sewell open the door the inmates stopped beating Aaron El and allowed him to stumble out of Bay B4 to the Cube bleeding, crying and yelling help!

Aaron El begged COI Sewell to take him to the infirmary complaining about the pain he was in, around 6:00 am Aaron El was taken to the infirmary on 9-28-2015. On same date, around 11:00 o'clock am Aaron El was taken to Brent Medical facility in which he was provided a temporary cast on his left arm. Brent Medical staff recommended that Aaron El be sent to Brookwood medical within a week to receive proper treatment because his bone appeared broken and must be properly set in order to heal properly. Aaron El was sent to Brookwood hospital 3 weeks later his bone was found to be healing incorrectly

Around Sept. 29, 2015 Aaron El was in located at Bibb infirmy when Capt. John Hutton, Sgt. Johnson, Lt. Johnson, Sgt. Walker started to harass him. Aaron El requested medical staff to make these officers leave in which said officers was asked to leave, being Aaron El was on heavy medications due to the injuries he sustained from the deadly attack on his life, to wit; broken fibular in arm, fractured ribs, severe bruises, servere head aces and other physical complications. All four officers returned hours later Capt. Hutton taunted Aaron El about how bad he was beaten, laughing at him and telling him this what happens to smart asses. Capt. Hutton warned Aaron El he better leave well enough alone, in response to Aaron El requests he be escorted to B-Dorm to point out each inmate that nearly beat him to death. After Aaron El refused to let it go Capt. Hutton demanded Aaron El be made to dress and taken to B3 another bay in B-Dorm. Capt. Hutton told Aaron El B4 camera didn't work, and he would not watch B3 camera for his safety he could careless. Aaron El protested being placed in B-Dorm period, expressing to Capt. Hutton the same Bibb Correctional Gang that jumped him in B4 have friends, family and members in B3. Capt. Hutton reiterated he could careless.

/Thaddeus Aaron El @ Bibb County/

As expected captives Lee, Jones, Hood and Jay and Little one attacked him for about 8 to 10 minutes stomping him, striking him in the face, head, neck, body. Aaron El in a desparate attempt to save his life managed to get up off the floor in cruciating pain and make a run for the front door entrance of B4. The inmates that assaulted him ran after him and beat him right in front of the door. COI Sewell open the door the inmates stopped beating Aaron El and allowed him to stumble out of Bay B4 to the Cube bleeding, crying and yelling help!

Aaron El begged COI Sewell to take him to the infirmary complaining about the pain he was in, around 6:00 am Aaron El was taken to the infirmary on 9-28-2015. On same date, around 11:00 o'clock am Aaron El was taken to Brent Medical facility in which he was provided a temporary cast on his left arm. Brent Medical staff recommended that Aaron El be sent to Brookwood medical within a week to receive proper treatment because his bone appeared broken and must be properly set in order to heal properly. Aaron El was sent to Brookwood hospital 3 weeks later his bone was found to be healing incorrectly

Around Sept. 29, 2015 Aaron El was in located at Bibb infirmy when Capt. John Hutton, Sgt. Johnson, Lt. Johnson, Sgt. Walker started to harass him. Aaron El requested medical staff to make these officers leave in which said officers was asked to leave, being Aaron El was on heavy medications due to the injuries he sustained from the deadly attack on his life, to wit; broken fibular in arm, fractured ribs, severe bruises, servere head aces and other physical complications. All four officers returned hours later Capt. Hutton taunted Aaron El about how bad he was beaten, laughing at him and telling him this what happens to smart asses. Capt. Hutton warned Aaron El he better leave well enough alone, in response to Aaron El requests he be escorted to B-Dorm to point out each inmate that nearly beat him to death. After Aaron El refused to let it go Capt. Hutton demanded Aaron El be made to dress and taken to B3 another bay in B-Dorm. Capt. Hutton told Aaron El B4 camera didn't work, and he would not watch B3 camera for his safety he could careless. Aaron El protested being placed in B-Dorm period, expressing to Capt. Hutton the same Bibb Correctional Gang that jumped him in B4 have friends, family and members in B3. Capt. Hutton reiterated he could careless.

While in B3 Aaron El was slapped by an inmate who held a knife in his righthand in the Restroom the second day he was in B3 and warned he better keep his mouth shut. Aaron El was berated by the inmates who attacked him when he went to get his tray to eat. These inmates banged on the window pointing at him yelling "bitch our niggahs will kill you in B3, give up the tray weak muthafucker"! Aaron El dropped his head each chow call to keep from crying he prayed he make it out alive. The B-Dorm officers refused to help him per Capt. Hutton's order all B-Dorm officers would do is laugh at any of the attempts Aaron El made to them, to complain about the inhumane treatment he underwent.

PAGE (3)

**Note:**
Officer Whitt and Lt. Thomas did record Aaron El protest against being placed in B-Dorm. Aaron El was impeded from filing Grievances because ex-Commissioner Kim Thomas and Jefferson Dunn refuse to adhere to Title 14-15-4. Et.Sea. AL Code 1975, to adopt and publish to inmate population Grievance Procedures and forms.